**COURT OF CHANCERY**
**OF THE**
**STATE OF DELAWARE**

KIM E. AYVAZIAN
MASTER IN CHANCERY

CHANCERY COURTHOUSE
34 The Circle
GEORGETOWN, DELAWARE 19947
AND
NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 11400
WILMINGTON, DELAWARE 19980-3734

February 25, 2015

Kathleen A. Murphy, Esquire       J. Jack Shrum, Esquire
Buchanan Ingersoll & Rooney, P.C.    Werb & Sullivan, P.A.
919 N. Market St., Ste 1500       300 Delaware Avenue
Wilmington, DE 19801          Wilmington, DE 19899

RE:   VFC Partners 20, LLC v. Friedman Properties Inc.
      Civil Action No. 9368-MA

Dear Counsel:

Pending before me are exceptions filed by Defendant Friedman Properties, Inc. to my draft report issued orally from the bench on August 15, 2014, following oral argument on Plaintiff VCF Partners 20 LCC's Motion for the Appointment of Receiver *Pendente Lite*. In my draft report, I recommended the appointment of a receiver because I concluded that the plaintiff had the contractual right to the appointment of a receiver upon default. After reviewing the parties' briefs, I am vacating my draft report and recommending, in the interest of judicial economy, that this matter be stayed until the resolution of the related foreclosure case that

was filed on January 2, 2014, in the Superior Court in and for New Castle County.[1]

The parties are referred to Rule 144 for the process of taking exception to a

Master's Final Report.

Respectfully,

/s/ Kim E. Ayvazian

Kim E. Ayvazian
Master in Chancery

KEA/kekz

---

[1] *See VFC Partners 20 LLC v. Friedman Properties, Inc.*, N14L-01-006 CLS.